JP:PB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

TAWAKALITU SHIFAT,

        Defendant.

- - - - - - - - - - - - - X

SUPPLEMENTAL AFFIDAVIT

(T. 21, U.S.C. §§ 952(a) and 960)

14-M-645

EASTERN DISTRICT OF NEW YORK, SS:

      VINCENT MARINO, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on July 11, 2014.

      Commencing on or about July 11, 2014, the defendant TAWAKALITU SHIFAT passed a total of 100 pellets containing a total gross weight of approximately 1,503 grams of heroin.

WHEREFORE, your deponent respectfully request that the defendant TAWAKALITU SHIFAT be dealt with according to law.

*[signature]*
Vincent Marino
Special Agent
U.S. Dept. of Homeland Security
Homeland Security Investigations

Sworn to me before this
14th day of July, 2014

_____
THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK